IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LANA PATRICK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| GARY MOORE, AARON PINEIRO, THOMAS LOVE, MATTHEW RICH and RENORDA HERRING, | ) ) ) ) ) | Civil Action No.: 4:24-CV-242
| Defendants. | ) ) |

## JOINT STATUS REPORT

NOW COME Plaintiff Lana Patrick ("Plaintiff") and Defendants Gary Moore, Aaron Pineiro, Thomas Love, Matthew Rich and Renorda Herring (collectively "Defendants") and make the following report as ordered by the Court in its July 9, 2025 Order (Doc. 30).

1. Plaintiff and counsel for Defendants met and conferred telephonically on July 29, 2025 to discuss the status of Plaintiff's criminal prosecution.

2. It is the parties' understanding that the following criminal charges remain pending against Plaintiff, but have not yet been indicted by the Chatham County District Attorney's Office ("DA's Office"): criminal trespass (O.C.G.A. § 16-7-21) and loitering near inmates after being ordered to desist (O.C.G.A. § 42-5-17).

Dated: July 29, 2025

*s/ Lana Patrick*
                                                                                                Plaintiff

*s/Taylor L. Dove*
    Counsel for Defendants Thomas Love and Matthew Rich

*s/Jason Kang*
    Counsel for Aaron Pineiro, Gary Moore and Renorda Herring